# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-3245
_____

CORY WAYNE DRIVER,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Jennie Kinsey, Judge.

July 17, 2024

PER CURIAM.

Cory Wayne Driver appeals following a conviction for driving with a suspended license as a habitual offender. Based on our review of the record, we affirm the judgment and sentence.[*] Further, we affirm the trial court's imposition of costs under section 938.27(8), Florida Statutes. *See Parks v. State*, 371 So. 3d 392, 393 (Fla. 1st DCA 2023).

AFFIRMED.

ROBERTS, WINOKUR, and NORDBY, JJ., concur.

_____

[*] *See Anders v. California*, 386 U.S. 738 (1967).

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Jessica J. Yeary, Public Defender, and Tyler K. Payne, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Trisha Meggs Pate, Assistant Attorney General, Tallahassee, for Appellee.